**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GWENDOLYN CROCKRAN, on behalf of herself and as parent and guardian of her minor child, John Doe, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.<br><br>Defendant. | Case No. 2:25-cv-00171-JDP<br><br>[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT |

The Court ORDERS as follows:

The time for Defendant to move, answer or otherwise respond to the Complaint shall be extended until such time as the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion before it in this case and the related actions (the "MDL Motion").

If the pending MDL Motion seeking transfer for multidistrict litigation pretrial proceedings is granted, the time for Defendant to move, answer, or otherwise respond to the Complaint shall be extended until a consolidated scheduling order is entered by a transferee court.

1  If the pending MDL Motion is denied, Defendant shall file a response to the complaint
2  within thirty days from the date of the order denying centralization.

IT IS SO ORDERED.

Dated:   February 14, 2025          _____
                                     JEREMY D. PETERSON
                                     UNITED STATES MAGISTRATE JUDGE

-2-

[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT